Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

_Ocala_ Division

| | |
|---|---|
| Rodolfo Ortiz eT. al. _____ | Case No. _S: 23 -cv-316-PGB-PRL_ |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| AIBA, Religious Supervisor; Ozokpor, Religious catholic chaplain; Reins, Religious chaplain, eT. al., [John Doe] | |
| _Defendant(s)_ | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name

All other names by which
you have been known:

ID Number

Current Institution ___Federal Correctional Complex (FCC) Coleman USP #2___

Address ___846 N.E. 54 Terr. (P.O. Box 1034)___

___Coleman___    ___FL___    ___33521___
City    State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name ___AIBA___

Job or Title (if known) ___Religious Coleman Complex Supervisor___

Shield Number ___(UNKNOWN)___

Employer ___Federal Correctional Complex (Coleman #2) (D.O.J.)___

Address ___846 N.E. 54 Terr.___

___Coleman___    ___FL___    ___33521___
City    State    Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name ___OZOKPOr___

Job or Title (if known) ___Religious Catholic believer and ordained___

Shield Number ___(UNKNOWN)___

Employer ___(D.O.J.) Federal Correctional Complex (Coleman #2)___

Address ___846 N.E. 54 Terr.___

___Coleman N___    ___FL___    ___33521___
City    State    Zip Code

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name      Reins
    Job or Title *(if known)*    chaplain at Coleman USP#2
    Shield Number    (UNKNOWN)
    Employer    (DOJ) Federal Correctional Complex Coleman USP#2
    Address    846 N.E. 54 Terr.
     Coleman      FL      33521
         *City*        *State*        *Zip Code*
     ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name      JOHN Doe
    Job or Title *(if known)*    Religious chaplain at Coleman #2
    Shield Number    (UNKNOWN)
    Employer    (DOJ) Federal Correctional Complex Coleman USP#2
    Address    846 N.E 54 Terr
     Coleman      FL      33521
         *City*        *State*        *Zip Code*
     ☒ Individual capacity    ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☒    Convicted and sentenced federal prisoner

☐    Other *(explain)*

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

They have been occurring at FCC Coleman USP #2 since 2011 year to present.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Every Time There were religious services from 2011 To present. Including Sacred Meals, and special orders requests.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Religious practitioners of the Yoruba and Santeria religion (Two) separate religions of almost same beliefs and practices are being discriminated by religious department of FBOP at Coleman USP#2, each group is Not being supplied a [full] Cigar for prayers and cleasing, or our practices and religious cleasings, Also, Not being provided with religious Nentors from our faith. Also, we are Not being provided with religious oils, spiritual waters, etc. Religious Department gets the religious budget, but don't provide religious artifacts needed for our services. Our Meals to our Orisha's feast which require special ingredients are not being provided, etc.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The restrictions of religious activities is in clear violation of First Amendment, and such restrictions also violate the Religious Land use and Institutionalized Persons Act of 2000 ("RLUIPA), See 42 U.S.C.A. § 2000 cc: For the failure to allow Yoruba and Santeria practitioners to properly practice their religion, which is overall injury and discrimination, because No other religion is being Treated so indifferent.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. To provide a spiritual Mentor, assure that the Yoruba and Santeria practitioners receive a correct Cigar and a full Cigar each for prayers and cleasings, their yearly religious orders. Also and most important, that the Major Ingredients that were provided in the past is being denied at food service department, to Treat our ingredients easily ignored on the feast days of our Orisha who we depend to an our daily lives, and several restrictions to our followers, but NOT to other religious or Traditional religion beliefs.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Federal Correctional Complex (FCC) Coleman USP #2_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_All of Them._

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes         N/A

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

FCC Coleman USP #2

2.   What did you claim in your grievance? related Complaints Collectively by The discrimi-natory actions of religious staff, at Coleman #2 Towards Yoruba religion and Santeria religion by deliberately ignoring [our] religious practices and beliefs, failure to provide yearly religious supplies, not contacting a Mentor of Yoruba and Santeria religion To preside over the service at least once a Month... as is clearly being done To all other religions, And To make sure that The Orishas Ceremonial Meals are properly made by our religion, and proper Cigar To all practicioners.

3.   What was the result, if any? No response and those that we had. a response was denied.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) Mail Service is Non-existant, we Never get No response To our grievances, and at times they don't go anywhere.

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: Mail is being Manipulated and we get No positive result. This be going on way before 2011 year, but got worse since Then.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Contacted Mr. Alba on Several occasions, To No avail.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Contacted the chaplain Services personel That were in charge of Servicer at Coleman VSP#2, To No avail.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff    Rodolfo Ortiz
Prison Identification #       86310004
Prison Address               846 N.E. 54 Terr. (P.O. Box 1034)
                             Coleman                    FC        33521
                                        City              State     Zip Code

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
                    City              State     Zip Code

Telephone Number _____
E-mail Address _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

_____ Division

Case No. _____

*Carlos Martinez-Bermudez*
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

*AIBA, Religious Supervisor; Ozokpor,*
*Religious catholic chaplain; Reins, Religious*
*chaplain, eT. al., [John Doe]*
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Carlos Martinez-Bermudez_

All other names by which
you have been known: _N/A_

ID Number _22169069_

Current Institution _Federal Correctional Complex (FCC) Coleman USP #2_

Address _846 N.E. 54 Terr.  (P.O. BOX 1034)_

_Coleman_ _FL_ _33521_
City              State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _ALBA_

Job or Title (if known) _Religious Coleman Complex Supervisor #2_

Shield Number _(UNKNOWN)_

Employer _Federal Correctional Complex (Coleman #2) (D.O.J.)_

Address _846 N.E. 54 Terr._

_Coleman_ _FL_ _33521_
City              State        Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name _OZOKPOR_

Job or Title (if known) _Religious Catholic believer and ordained_

Shield Number _(UNKNOWN)_

Employer _(D.O.J.) Federal Correctional Complex (Coleman #2)_

Address _846 N.E. 54 Terr._

_Coleman_ _FL_ _33521_
City              State        Zip Code

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name              REINS
    Job or Title *(if known)*    chaplain aT Coleman USP#2
    Shield Number       (UNKNOWN)
    Employer          (DOT) Federal Correctional Complex Coleman USP #2
    Address           846 N.E. 54 Terr.
                    Coleman         FL     33521
                       *City*            *State*       *Zip Code*
           ☒ Individual capacity     ☒ Official capacity

Defendant No. 4
    Name              JOHN Doe
    Job or Title *(if known)*    Religious chaplain aT Coleman #2
    Shield Number       (UNKNOWN)
    Employer          (DOT) Federal Correctional Complex Coleman USP #2
    Address           846 N.E 54 Terr
                    Coleman         FL     33521
                       *City*            *State*       *Zip Code*
           ☒ Individual capacity     ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

They have been occuring at FCC Coleman USP #2 since 2011 year to present.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Every Time There, were religious services from 2011 To present. Including Sacred Meals, and Special orders requests.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Religious practitioners of The Yoruba and Santeria religion (Two) separate religions of almost same beliefs and practices are being discriminated by religious department of FBOP at Coleman USP#2, each group is Not being supplied a[full] cigar for prayers and cleasing for our practices and religious cleasings, Also, Not being provided with religious Mentors from our faith. Also, we are Not being provided with religious oils, spiritual waters, etc. Religious Department gets The religious budget, but don't provide religious artifacts needed for our services. Our Meals to our Orisha's feast which require special ingredients are Not being provided.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The restrictions of religious activities is in clear violation of First Amendment, and such restrictions also violate The Religious Land use and Institutionalized Persons Act of 2000 ("RLUIPA), See 42 U.S.C.A. § 2000 cc: For The failure To allow Yoruba and Santeria practitioners To properly practice Their religion, which is overcall injury and discrimination, because No other religion is being Treated so indifferent.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. To provide a spiritual Mentor, assure That the Yoruba and Santeria practitioners receive a correct cigar and a full cigar each for prayers and cleasings, Their yearly religious orders. Also and Most important, That The Major ingredients that were provided in The past is being denied at food service department, To Treat our ingredients easily ignored on The feast days of our Orisha who we depend To on our daily lives, and several restrictions To our followers, but Not To other religious or Traditional religion beliefs, and To respect our beliefs.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Federal Correctional Complex (FCC) Coleman USP#2_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_All of Them._

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes        N/A

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

FCC Coleman USP #2

2.  What did you claim in your grievance? related complaints collectively by the discrimi-natory actions of religious staff, at Coleman #2 Towards Yoruba religion and Santeria religion by deliberately ignoring [our] religious practices and beliefs, failure to provide yearly religious supplies, not contacting a Mentor of Yoruba and Santeria religion To provide ever the service at least once a month... as is clearly being done To all other religions, And To make sure that The Orishas ceremonial Meals are properly Made by our religion. and To provide the proper cigar and full cigar.

3.  What was the result, if any?  No response and Those That we had a response was denied.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) Mail Service is Non-existant, we Never get No response To our grievances, and at times they don't go anywhere.

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: *e result. This Mail is being Manipulated and we get No positive result. This be going on way before 2011 year, but got worse since Then.*

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: *Contacted Mr. Alba on several occasions, To No avail.*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *Contacted the chaplain Services personel That were in charge of services at Coleman VSP#2, To No avail.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)            *N/A*
      Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      *N/A*

3.    Docket or index number

      *N/A*

4.    Name of Judge assigned to your case

      *N/A*

5.    Approximate date of filing lawsuit

      *N/A*

6.    Is the case still pending?        *N/A*

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      *N/A*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *Carlos Martinez-Bermudez #22169-069*

Signature of Plaintiff

Printed Name of Plaintiff    *Carlos Martinez Bermudez*

Prison Identification #    *22169-069*

Prison Address    *846 N.E. 54 Terr. (P.O. Box 1034)*

*Coleman*                    *FL*        *33521*
         *City*                                   *State*      *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

         *City*                                   *State*      *Zip Code*

Telephone Number    _____

E-mail Address    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | | |
|---|---|---|
| *Castro Vega* | ) | Case No. _____ |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| AIBA, Religious Supervisor; OZOKPOT, Religious | ) | |
| Catholic chaplain; Neins, religious chaplain, et.al. | ) | |
| [John Doe.] | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                               *Castro Vega*

All other names by which

you have been known:          *N/A*

ID Number                         *38/04 069*

Current Institution             *Federal Complex Coleman USP#2 (P.O. Box 1034)*

Address                            *Coleman          FL        33521*

                                   City          State       Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name                               *AIBA*

Job or Title *(if known)*        *Religious Supervisor Coleman USP#2*

Shield Number                    *(UNKNOWN)*

Employer                          *Federal Correctional Complex Coleman USP#2*

Address                           *846 N.E. 54 Terr*

                                  *Coleman          FL        33521*

                                   City          State       Zip Code

☒ Individual capacity    ☐ Official capacity

**Defendant No. 2**

Name                               *OZO Kpor*

Job or Title *(if known)*        *Religious Catholic believer / ordained*

Shield Number                    *(UNKNOWN)*

Employer                          *Federal Correctional Complex Coleman USP#2*

Address                           *846 N.E. 54 Terr.*

                                  *Coleman          FL        33521*

                                   City          State       Zip Code

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name                          Reins

Job or Title *(if known)*     Chaplain at Coleman USP # 2

Shield Number                 (Unknown)

Employer                      Fedial Corretional Complex Coleman # 2

Address                       846 N.E. 54 Terr.

    Coleman      FL      33521
    *City*      *State*      *Zip Code*

☒ Individual capacity      ☒ Official capacity

Defendant No. 4

Name                          John Doe

Job or Title *(if known)*     Religious chaplain at Coleman # 2

Shield Number                 (Unknown)

Employer                      Federal Correctional Complex Coleman USP# 2

Address                       846 N.E. 54 Terr.

    Coleman      FL      33521
    *City*      *State*      *Zip Code*

☒ Individual capacity      ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

First Amendment or Constitutional right to practice religion.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☒    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

They have been occuring at FCC Coleman USP#2 since 2011 year to present.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Every time were religious services from 2011 to present, including, Sacred Meals, and Special orders.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Religious practicioners of the Yoruba and Santeria religion (two) separate religious of almost the same beliefs and practices are being discriminated by religious department BOP at Coleman USP#2, each group is not being supplied a [full] cigar for prayers and cleasing, or our practices or religious cleasings. Also, not being provided with religious mentor from our faith, not being provided oils, spiritual waters, etc. Religious department get budget, but don't provide religious artifacts needed for our services. Our meals to our Orishas feast which require special ingredients are not being provided, etc. We are not being provided proper cigar either.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The restrictions of religious activities is in clear violation of First Amendment, and such restrictions also violate the religious land use and institutionalized persons Act of 2000 ("RLUIPA") see 42 USCA §2000cc. For failure to allow Yoruba and Santeria practicioners to properly practice their religion which is overall injury and discrimination, because no other Traditional religion is being treated so different.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. To provide a spiritual mentor, assure that the Yoruba and Santeria practicioners receive a correct cigar and a full cigar each for prayers and cleasings, their yearly religious orders, also and most important, that the major ingredients that were provided in the past is being denied by food service department, to treat our ingredients easily ignored on the feast days of our Orisha who we depend to our daily lives, and several restrictions to our followers, but not to other religious or Traditional religious beliefs.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Federal Correctional Complex (FCC) Coleman USP #2_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No          N/A

E.  If you did file a grievance:

1.  Where did you file the grievance?

FCC Coleman USP #2

2.  What did you claim in your grievance? related complaints Collectively by the discriminatory actions of religious staff at Coleman #2 Toward Yoruba and Santeria religion by deliberately ignoring [our] religious practices and beliefs, failure to provide yearly religious supplies, not contacting Mentor of Yoruba and Santeria religion to preside over the service at least once a Month... as is clearly being done to all other religious and Makesure that our orisha Ceremonial Mealware properly Made by our religious beliefs and proper Cigar to all Practicioners

3.  What was the result, if any? No response and those that we had a response was denied.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Mail service is Non-existent, we never get no response to our grievances, and at Times they don't go anywhere.

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)           *N/A*
      Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number          *N/A*

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?                      *N/A*
      ☐ Yes
      ☐ No
      If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

                                          *N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _Castro Vega_____

Prison Identification # _38104069_____

Prison Address _____

_____
City            State       Zip Code

B.    **For Attorneys**

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City            State       Zip Code

Telephone Number _____

E-mail Address _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_MIDDLE_ District of _FLORIDA_

_Ocala_ Division

|  |  |  |
|---|---|---|
| LELIS EZEQUIEL TERMINO-TOBAR | ) | Case No. _____ |
| _____ | ) | _(to be filled in by the Clerk's Office)_ |
| Plaintiff(s) | ) | |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| -v- | ) | |
| ALBA, Religious Supervisor; OZOKAS, Religious | ) | |
| Catholic chaplain; REINS, Religious Chaplain, et.al.; | ) | |
| [JOHN DOE] | ) | |
| _____ | ) | |
| Defendant(s) | ) | |
| _(Write the full name of each defendant who is being sued. If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | ) | |
| _with the full list of names. Do not include addresses here.)_ | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name

All other names by which
you have been known:

ID Number

Current Institution          Federal Correctional Complex (FCC) Coleman USP#2

Address              846 N.E. 54 Terr.  (P.O. Box 1034)

Coleman                     FL          33521

City          State          Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name              ALBA

Job or Title *(if known)*    Religious Coleman Complex Supervisor USP#2

Shield Number         (UNKNOWN)

Employer            Federal Correctional Complex Coleman #2 (DOJ.)

Address             846 N.E. 54 Terr.

Coleman                    FL          33521

City          State          Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name              OZOKPOR

Job or Title *(if known)*    Religious Catholic believer and Ordained

Shield Number         (UNKNOWN)

Employer            (DOJ) Federal Correctional Complex Coleman #2

Address             846 N.E. 54 Terr.

Coleman                    FL          33521

City          State          Zip Code

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name ................................ Reius
    Job or Title (if known) ........ chaplain at Coleman #2 (UNKNOWN)
    Shield Number
    Employer ......................... (DSJ.) Federal Correctional Complex Coleman #2
    Address ........................... 846 N.E. 54 Terr.
                                        Coleman              FL        33521
                                        _____City_____  _State_  _Zip Code_
    ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
    Name ................................ JOHN DOE
    Job or Title (if known) ........ Religious chaplain at Coleman #2 (UNKNOWN)
    Shield Number
    Employer ......................... (DSJ) Federal Correctional Complex USP #2
    Address ........................... 846 N.E. 54 Terr.
                                        Coleman              FL        33521
                                        _____City_____  _State_  _Zip Code_
    ☒ Individual capacity   ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

First Amendment or constitutional right to practice religion

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐    Pretrial detainee
- ☐    Civilly committed detainee
- ☐    Immigration detainee
- ☐    Convicted and sentenced state prisoner
- ☒    Convicted and sentenced federal prisoner
- ☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

They have been occuring at FCC Coleman USP#2 since 2011 year to present.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Every Time were religious Services from 2011 year To present. including Sacred Meals, and Special orders requests.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Religious practitioners of The Yoruba and Santaria religion (Two) Separate, religions of almost same beliefs and practices are being discriminated by religious department of FBOP at Coleman VSP#2, Each group it not being Supplied a full Cigar for prayers and cleasing, or our practices and religious cleansing. Also Not being provided with religious Mentors from our faith. Not being provided oils, Spiritual waters, etc. Religious department gets The budget But don't provide religious Artifact needed for our Services. Our Meals to our Orishas Feast which require Special ingredients are Not being provided, etc.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The restrictions of religious activities is in clear violation of First Amendment, and such restrictions also violate The Religious land use and Institutionalized Persons Act of 2000 ("RLUIPA") see 42 U.S.C.A. §2000cc. For The failure To allow Yoruba and Santeria practitioners To properly practice Their religion, which is overall injury and discrimination, because No other Traditional religion is being Treated so indifferent.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. To provide a spiritual Mentor assure That The Yoruba and Santeria practitioners receive a Correct Cigar and a full Cigar each for prayers and cleasings, Their yearly religious orders. Also and Most Important, That The Major Ingredients That were provided in The past is being denied at food service department, To Treat our ingredients easily ignored on The feast days of our Orisha who we depend To on our daily lives, and several restrictions To our followers, but Not To other religious or Traditional religious beliefs.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Federal Correctional Complex (FCC) Coleman USP #2

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No          N/A

E.   If you did file a grievance:

1.   Where did you file the grievance?

FCC Coleman USP#2

2.   What did you claim in your grievance? related complaints collectively by the discriminatory actions of religious staff, at Coleman#2 Towards Yoruba and Santeria religion by deliberately ignoring [our] religious. practices and beliefs, failure To provide yearly religious supplies, not contacting a Mentor of Yoruba. and Santeria religion to preside over the service at least once a month... as is clearly being done to all other religions, and to make sure that our orishas ceremonial meals are properly made by our religions beliefs and proper cigar to all practicioners.

3.   What was the result, if any? No, response and those that we had a response was denied.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Mail Service is Non-existant, we Never get No response to our grievances, and at times they don't go anywhere.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:
Mail is being Manipulated and we get No poinive result. This be going on way before 2011 year, but got worse since then.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Contacted Mr. Alba on several occasions, To No avail.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Contacted The chaplain Services personel That were in charge of religion at Coleman USP#2, To No avail.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s) _____ *N/A* _____
Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number _____ *N/A* _____

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?              *N/A*

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ *N/A* _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff   Celis Ezequiel Tremino-Tobar

Prison Identification #   90654-083

Prison Address   846 N.E. 54 Terr. (P.O. Box 1034)

Coleman   FL   33521
City   State   Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City   State   Zip Code

Telephone Number

E-mail Address

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | | |
|---|---|---|
| AMADOR HUGGINS | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                  _Amador Huggins_
All other names by which
you have been known:      _N/A_
ID Number                         _40157069_
Current Institution           _846 N.E. 54 Terr (P.O. Box 1034) FCC Coleman #2_
Address                            _Coleman,      FL    33521_
                                         _Coleman Federal Complex USP#2_
                                              City          State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                                  _ALBA_
    Job or Title *(if known)*      _Religious Supervisor, Coleman Complex USP#2_
    Shield Number                   _(UNKNOWN)_
    Employer                          _Federal Correctional Complex Coleman USP#2_
    Address                            _846 N.E. 54 Terr._
                                             _Coleman           FL      33521_
                                                   City             State      Zip Code
                                         ☒ Individual capacity   ☒ Official capacity

Defendant No. 2
    Name                                  _OZOKPOR_
    Job or Title *(if known)*      _Religious Catholic believer / ordained_
    Shield Number                   _(UNKNOWN)_
    Employer                          _Federal Correctional Complex Coleman USP#2_
    Address                            _846 N.E. 54 Terr._
                                             _Coleman           FL      33521_
                                                   City             State      Zip Code
                                         ☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                  Reins
    Job or Title *(if known)*  chaplain at Coleman #2
    Shield Number     (UNKNOWN)
    Employer         Federal Correctional Complex Coleman USP#2
    Address           846 N.E. 54 Terr.
                        Coleman         FL    33521
                            *City*         *State*    *Zip Code*
            ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                  John Doe
    Job or Title *(if known)*  Religious chaplain at Coleman #2
    Shield Number     (UNKNOWN)
    Employer         Federal Correctional Complex Coleman #2
    Address           846 N.E. 54 Terr.
                        Coleman         FL    33521
                            *City*         *State*    *Zip Code*
            ☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    N/A

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

First Amendment or Constitutional right to practice religion.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

They have been occuring at FCC Coleman USP#2 Since 2011 year To present.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Every Time were religious services from 2011 to present. Including, Sacred Meals, and Special orders.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Religious practicioners of The Yoruba and Santeria religion. (Two) separate religious of almost same beliefs and practices are being discriminated by religious department BOP at Coleman USP #2, each group is not being supplied a [full] cigar for prayers and cleasing, or our practices or religious cleasings. Also, not being provided with religious Mentors from our faith, not being provided our, spiritual waters, etc. religious department get the budget but don't provide religious artifact needed for our services. Our Meals To our, Orishas feast which require special ingredients are not being provided, etc. We are not being provided the proper cigar either.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The restrictions of religious activities is in clear violation of First Amendment, and such restrictions also violate The Religious land use and Institutionalized Persons Act of 2000 ("RLUIPA") see 42 U.S. C.A. § 2000 cc. For failure to allow Yoruba and Santeria practitioners To properly practice Their religion, which is overall injury and discrimination, because No other traditional religion is being Treated so different.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. To provide a spiritual mentor, assure that the Yoruba and Santeria practicioners receive a correct cigar and a full cigar each for prayers and cleasings, their yearly religious orders. Also and most important, That the major ingredients that were provided in the past is being denied at food service department, To Treat our ingredients easily ignored on the feast days of our orisha who we depend To on our daily lives, and several restrictions To our followers, but not to other religious or Traditional religious beliefs.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Federal Correctional Complex (FCC) Coleman USP #2_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No          *N A*

E.    If you did file a grievance:

1.    Where did you file the grievance?

FCC Coleman USP#2

2.    What did you claim in your grievance? related complaints collectively by The discriminatory actions of religious staff, at Coleman #2 Towards Yoruba and Santeria religion by deliberately ignoring [our] religious practices and beliefs, failure to provide yearly religious supplies, not contacting a mentor of Yoruba and Santeria religion to preside over the services at least once a month... or is clearly being done to all other religions and to make sure that our Orisha's ceremonial meals are properly made by our religion beliefs and proper cigar to all practicioners.

3.    What was the result, if any? No response and those that we had a response was denied.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Mail service is now existent, we never get no response to our grievances, and at times they don't go anywhere.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

Mail is being Manipulated and we get No positive result. This be going on way before 2011 year, but got worse since Then.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Contacted Mr. Alba on Several occasions, To No avail.

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Contacted The chaplain Services personel That were in charge of religion at Coleman USP#2, To No avail

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

F.      If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:
Mail is being Manipulated and we get No positive result.
This be going on way before Coll years but got worse
Since Then.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed,
when and how, and their response, if any:   Contacted Mr. Alba on several
Occasions, To No avail.

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies.   Contacted The chaplin Servicer personel That were
In charge of religion at Coleman USP#2, To No avail.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s) _____ *N/A* _____
Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number
_____ *N/A* _____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes                    *N/A*

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ *N/A* _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

*No*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s)    *N/A*
Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number
_____    *N/A*

4.    Name of Judge assigned to your case
_____

5.    Approximate date of filing lawsuit
_____

6.    Is the case still pending?    *N/A*
☐ Yes
☐ No

If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*N/A*
_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff    AMADOR HUGGINS

Prison Identification #    4015706 9

Prison Address    _____

_____

| | City | | State | | Zip Code |

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

| | City | | State | | Zip Code |

Telephone Number _____

E-mail Address _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

MIDDLE District of FLORIDA

OCALA Division

|  |  |  |
|---|---|---|
| EDWIN Barcus, eT. al. | ) | Case No. _____ |
| _____ | ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| AlBA Religious Supervisor; OZOKpor Religious | ) | |
| Catholic chaplain ; he inis Religious chaplain ; | ) | |
| JOHN DOE, eT. al., | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — EDWIN Barcus

All other names by which
you have been known: — N/A

ID Number — 81534083

Current Institution — Federal Correctional Complex (FCC) Coleman #2

Address — 846 N.E. 54 Terr. (P.O. box 1039)

Coleman, FL 33521

        City        State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — ALBA

Job or Title *(if known)* — Religious Coleman Complex USP#2 Supervisor

Shield Number — (UNKNOWN)

Employer — Federal Correctional Complex (Coleman #2) DOJ

Address — 846 N.E. 54 Terr.

Coleman     FL     33521

     City      State     Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name — OZOKPor

Job or Title *(if known)* — Religious Catholic believer and ordained

Shield Number — (UNKNOWN)

Employer — (DOJ) Federal Correctional Complex Coleman #2

Address — 846 N.E. 54 Terr.

Coleman     FL     33521

     City      State     Zip Code

☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                      REINS

    Job or Title *(if known)*   religious chaplain at Coleman #2

    Shield Number          (UNKNOWN)

    Employer            (DOJ) Federal Correctional Complex Coleman US #2

    Address             846 N.E. 54 Terr.

                         Coleman        FL      33521
                            *City*           *State*     *Zip Code*

                         [X] Individual capacity    [X] Official capacity

Defendant No. 4
    Name                      John Doe

    Job or Title *(if known)*   Religious chaplain at Coleman #2

    Shield Number          (UNKNOWN)

    Employer            (DOJ) Federal Correctional Complex Coleman #2

    Address             846 N.E. 54 Terr.

                         Coleman        FL      33521
                            *City*           *State*     *Zip Code*

                         [X] Individual capacity    [X] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     [X] Federal officials (a *Bivens* claim)

     [ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

They have been occuring at FCC Coleman USP #2 since 2011 year. To present

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Every Time There were religious Services from 2011 To present. including Sacret Meak, and Special orders request.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Religious practicioners of The Yoruba and Santeria religion (Two) Separate religions of almost Same beliefs and practices are being discriminated by religious department of FBOP at Coleman USP#2, each group is Not being Supplied a [full] cigar for prayers and cleasing for our practices and religious cleansings, Also, Not being provided with religious Mentors from our faith. Also, we are Not being provided with religious oils, Spiritual waters, eTc. Religious department gets the religious budget, but don't provide religious artifacts needed for our Services. Our Meals To our Orishas feast which require special ingredients are ~~not being provided~~

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The restrictions of religious activities is in clear violation of First Amendment, and Such restrictions also violate The Religious land use and institutionalized Persons Act of 2000 ("RLUIPA"), See 42 USCA § 2000, for failure to allow Yoruba and Santeria practitioners To properly practice their religion, which is overall injury and discrimination, because No other religion is being Treated So indifferent.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. To provide a Spiritual Mentor, assure That The Yoruba and Santeria practicioners receive a Correct Cigar and a full Cigar each for prayers and cleasings, Their yearly religious orders, Also and most important That the Major ingredients That were provided in the past That is being denied at food service department To treat our ingredients easily ignored on The feast days of our Orisha who we depend on our daily lives, and several restrictions to our followers, but Not To other religious or Traditional religious beliefs be stopped and To respect our beliefs and Traditions.

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Federal Correctional Complex (FCC) Coleman USP #2

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of Them.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No        N/A

E.   If you did file a grievance:

1.   Where did you file the grievance?

FCC Coleman USP#2

2.   What did you claim in your grievance? Related complaints collectively by the discrimi-nation actions of religious staff, at Coleman USP#2 towards Yoruba and Santeria religion by deliberately ignoring [our] religion beliefs, failure to provide yearly religious supplies, not contacting a mentor of Yoruba and Santeria religion to preside over the service at least once a month... as is clearly being done to all other religions and to make sure that the orishas ceremonial meals are properly made in accordance to our beliefs and to provide full cigar and proper cigar to our followers.

3.   What was the result, if any? No response and those that we had a response was denied

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Mail service is now-existent, we never get no response to our grievances, and at times they don't go anywhere-

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

Mail is being Manipulated and we get No response or positive result. This be going on way before 2011 year, but got worse since Then.

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Contacted Mr. Allen on several Occasions, To No avail

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Contacted The Chaplain Services personel That were in charge of Service at Coleman USP#2, To No avail

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)  _____ N / A _____
      Defendant(s)  _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      _____ N / A _____

3.    Docket or index number

      _____

4.    Name of Judge assigned to your case    N / A

      _____

5.    Approximate date of filing lawsuit

      _____

6.    Is the case still pending?

      ☐ Yes

      ☐ No    N / A

      If no, give the approximate date of disposition  _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* N/A

      _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

| | |
|---|---|
| Signature of Plaintiff | *Edwin Barcus* |
| Printed Name of Plaintiff | EDWIN BARCUS |
| Prison Identification # | 81534083 |
| Prison Address | |
| | _____ City _____  ____ State ____  ____ Zip Code ____ |

### B.  For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | _____ City _____  ____ State ____  ____ Zip Code ____ |
| Telephone Number | |
| E-mail Address | |